1  (*Counsel of record on next page*)

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

11  ERIC PADAYHAG,

    Plaintiff,

13  vs.

14  FERGUSON ENTERPRISES, INC.; and DOES 1 to 25,

    Defendants.

CASE NO. 5:15-CV-04561 BLF

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

1  JASON M. ERLICH (SB# 203661)
   jason@mcelawfirm.com
2  MCCORMACK AND ERLICH, LLP
   150 Post Street, Suite 742
3  San Francisco, CA  94108
4  Telephone:  (415) 296-8420
   Facsimile:  (415) 296-85552
5
   Attorney for Plaintiff
6  ERIC PADAYHAG

7
   LESLIE L. ABBOTT (SB# 155597)
8  leslieabbott@paulhastings.com
   PAUL HASTINGS LLP
9  515 South Flower Street
   Twenty-Fifth Floor
10 Los Angeles, CA  90071-2228
   Telephone:  (213) 683-6000
11 Facsimile:  (213) 627-0705
12
   PAUL W. CANE, JR. (SB# 100458)
13 paulcane@paulhastings.com
   ZINA DELDAR (SB# 282637)
14 zinadeldar@paulhastings.com
   PAUL HASTINGS LLP
15 55 Second Street
   Twenty-Fourth Floor
16 San Francisco, CA  94105-3441
17 Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
18
   Attorneys for Defendant
19 FERGUSON ENTERPRISES, INC.

20

21

22

23

24

25

26

27

28

LEGAL_US_W # 84752593.1

JOINT STIPULATION & ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE
U.S.D.C., N.D. Cal., No. 5:15-cv-04561 BLF

**JOINT STIPULATION**

Plaintiff Eric Padayhag and Defendant Ferguson Enterprises, Inc. ("Ferguson"), acting through their respective counsel of record, hereby stipulate as follows:

1. The parties have scheduled a private mediation on January 28, 2016.

2. The Court has scheduled the Initial Case Management Conference for February 4, 2016, at 11:00 a.m., and the parties' Joint Case Management Statement is due on January 28, the same day as the mediation. In addition, the Defendant's Motion to Compel Arbitration is currently scheduled for hearing just two weeks later, on February 18, 2016 at 9:00 a.m.

3. In order to save the parties' and the Court's time and resources, Plaintiff and Defendant respectfully request that the Initial Case Management Conference be continued to February 18, 2016, at 9:00 a.m., or thereafter at the Court's convenience, with a Joint Case Management Statement due one week before the rescheduled Initial Case Management Conference.

DATED: January 19, 2016          McCORMACK AND ERLICH, LLP

                                 By:    /s/ Jason M. Erlich
                                            Jason M. Erlich

                                 Attorneys for Plaintiff
                                 ERIC PADAYHAG

DATED: January 19, 2016          PAUL HASTINGS LLP

                                 By:    /s/ Zina Deldar
                                            Zina Deldar

                                 Attorneys for Defendant
                                 FERGUSON ENTERPRISES, INC.

1  **ORDER**

2  On the stipulation of the parties, and good cause appearing therefor,

3  IT IS ORDERED that the Initial Case Management Conference on February 4, 2016 at

4  11:00 a.m. in this action is continued to ___February 18___, 2016 at ___9:00___ [a.m./~~p.m.~~].

5  The Joint Case Management Statement is to be filed one week prior to the Initial Case

6  Management Conference.

7  Dated: ___January 20, 2016___

8  _____
 Hon. Beth Labson Freeman
9  United States District Judge

-1-  JOINT STIPULATION & ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE
U.S.D.C., N.D. CAL., NO. 5:15-CV-04561 BLF

LEGAL_US_W # 84752593.1