1  (*Counsel of record on next page*)



APPROVED
Judge Beth Labson Freeman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC PADAYHAG, | CASE NO. 5:15-CV-04561 BLF |
| Plaintiff, | **STIPULATED REQUEST TO TAKE OFF CALENDAR FOR FEBRUARY 18, 2016 DEFENDANT'S MOTION TO COMPEL ARBITRATION** |
| vs. | |
| FERGUSON ENTERPRISES, INC.; and DOES 1 to 25, | |
| Defendants. | |

1  JASON M. ERLICH (SB# 203661)
   jason@mcelawfirm.com
2  MCCORMACK AND ERLICH, LLP
   150 Post Street, Suite 742
3  San Francisco, CA  94108
   Telephone:  (415) 296-8420
4  Facsimile:  (415) 296-85552
5
   Attorney for Plaintiff
6  ERIC PADAYHAG

7
   LESLIE L. ABBOTT (SB# 155597)
8  leslieabbott@paulhastings.com
   PAUL HASTINGS LLP
9  515 South Flower Street
   Twenty-Fifth Floor
10 Los Angeles, CA  90071-2228
   Telephone:  (213) 683-6000
11 Facsimile:  (213) 627-0705
12
   PAUL W. CANE, JR. (SB# 100458)
13 paulcane@paulhastings.com
   ZINA DELDAR (SB# 282637)
14 zinadeldar@paulhastings.com
   PAUL HASTINGS LLP
15 55 Second Street
   Twenty-Fourth Floor
16 San Francisco, CA  94105-3441
   Telephone:  (415) 856-7000
17 Facsimile:  (415) 856-7100
18
   Attorneys for Defendant
19 FERGUSON ENTERPRISES, INC.
20
21
22
23
24
25
26
27
28

## **JOINT STIPULATION**

Plaintiff Eric Padayhag and Defendant Ferguson Enterprises, Inc., acting through their respective counsel of record, hereby request that Defendant's motion to compel arbitration set for hearing on February 18, 2016 at 9:00 a.m. be taken off calendar. The parties have reached a resolution of the lawsuit, and anticipate that a final dismissal will be filed within 30 days.

DATED:  February 8, 2016        McCORMACK AND ERLICH, LLP

By:   /s/         Jason M. Erlich
                  Jason M. Erlich

Attorneys for Plaintiff
ERIC PADAYHAG

DATED:  February 8, 2016        PAUL HASTINGS LLP

By:   /s/         Zina Deldar
                  Zina Deldar

Attorneys for Defendant
FERGUSON ENTERPRISES, INC.