1  (*Counsel of record on next page*)

APPROVED
*Beth Labson Freeman*
Judge Beth Labson Freeman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC PADAYHAG,<br><br>             Plaintiff,<br><br>      vs.<br><br>FERGUSON ENTERPRISES, INC.; and DOES 1 to 25,<br><br>             Defendants. | CASE NO. 5:15-CV-04561 BLF<br><br>**STIPULATED REQUEST TO TAKE OFF CALENDAR THE INITIAL CASE MANAGEMENT CONFERENCE  SET FOR FEBRUARY 18, 2016** |

STIPULATED REQUEST TO TAKE OFF
CALENDAR INITIAL CMC
U.S.D.C., N.D. CAL., NO. 5:15-CV-04561 BLF

LEGAL_US_W # 84944373.1

| | |
|---|---|
| 1 | JASON M. ERLICH (SB# 203661) |
| 2 | jason@mcelawfirm.com<br>MCCORMACK AND ERLICH, LLP |
| 3 | 150 Post Street, Suite 742<br>San Francisco, CA  94108 |
| 4 | Telephone:  (415) 296-8420<br>Facsimile:  (415) 296-85552 |
| 5 | |
| 6 | Attorney for Plaintiff<br>ERIC PADAYHAG |
| 7 | |
| 8 | LESLIE L. ABBOTT (SB# 155597)<br>leslieabbott@paulhastings.com |
| 9 | PAUL HASTINGS LLP<br>515 South Flower Street |
| 10 | Twenty-Fifth Floor<br>Los Angeles, CA  90071-2228 |
| 11 | Telephone:  (213) 683-6000<br>Facsimile:  (213) 627-0705 |
| 12 | |
| 13 | PAUL W. CANE, JR. (SB# 100458)<br>paulcane@paulhastings.com |
| 14 | ZINA DELDAR (SB# 282637)<br>zinadeldar@paulhastings.com |
| 15 | PAUL HASTINGS LLP<br>55 Second Street |
| 16 | Twenty-Fourth Floor<br>San Francisco, CA  94105-3441 |
| 17 | Telephone:  (415) 856-7000<br>Facsimile:  (415) 856-7100 |
| 18 | |
| 19 | Attorneys for Defendant<br>FERGUSON ENTERPRISES, INC. |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

LEGAL_US_W # 84944373.1

STIPULATED REQUEST TO TAKE OFF
CALENDAR INITIAL CMC
U.S.D.C., N.D. CAL., NO. 5:15-CV-04561 BLF

# JOINT STIPULATION

Plaintiff Eric Padayhag and Defendant Ferguson Enterprises, Inc., acting through their respective counsel of record, hereby request that the Initial Case Management Conference set for hearing on February 18, 2016 at 9:00 a.m. be taken off calendar. The parties have reached a resolution of the lawsuit, and anticipate that a final dismissal will be filed within 30 days.

DATED: February 9, 2016          McCORMACK AND ERLICH, LLP

                                 By: /s/          Jason M. Erlich
                                                  Jason M. Erlich

                                 Attorneys for Plaintiff
                                 ERIC PADAYHAG

DATED: February 9, 2016          PAUL HASTINGS LLP

                                 By: /s/          Zina Deldar
                                                  Zina Deldar

                                 Attorneys for Defendant
                                 FERGUSON ENTERPRISES, INC.